**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN MIGUEL TORRES ECHEMENDIA,** *Petitioner*, | § | |
| **v.** | § | **EP-26-CV-01912-DCG** |
| **ERO EL PASO CAMP EAST MONTANA,** *Respondent*. | § | |

**ORDER MAILING PRIOR ORDER TO PETITIONER'S CURRENT FACILITY AND EXTENDING PETITIONER'S DEADLINE TO COMPLY**

On July 16, 2026, the Court ordered *pro se* Petitioner Juan Miguel Torres Echemendia to take one of the following actions by August 10, 2026:

(1) pay the applicable filing fee; or

(2) file an application to proceed *in forma pauperis* ("IFP").[1]

To make sure Petitioner received that Order, the Court mailed the Order (and various accompanying documents) to the detention facility that Petitioner listed as his current address on his Proposed Petition (ERO El Paso Camp East Montana).[2] The Court also mailed those same documents to the other immigration detention facility in El Paso (the El Paso Service Processing

---

[1] *See* Order, ECF No. 3, at 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See id.* at 2; *see also* Proposed Pet., ECF No. 1, at 1; Camp East Montana Mail Receipt, ECF No. 4, at 1.

Center) "[j]ust in case the Government relocate[d] Petitioner to [that] facility while [the] mailing [was] in transit."[3]

ICE's Online Detainee Locator System indicates, however, the Government relocated Petitioner to a detention facility in Tacoma, Washington sometime after the Court sent those mailings to the two facilities in El Paso.[4] It thus appears that Petitioner never received the July 16, 2026 Order.[5] Because the Court can't expect Petitioner to comply with an Order he never received, the Court will:

(1) mail the July 16, 2026 Order (and accompanying documents) to Petitioner's current facility in Tacoma; and

(2) extend Petitioner's deadline to comply with that Order.

[3] *See* Order at 2; *see also* SPC Mail Receipt, ECF No. 5, at 1.

[4] *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search.

[5] The fact that the U.S. Postal Service ("USPS") ultimately returned both mailings to the courthouse as undeliverable reinforces that conclusion. *See* SPC Returned Mail, ECF No. 10, at 1; Camp East Montana Returned Mail, ECF No. 11, at 1.

The Clerk of Court **SHALL MAIL** the following documents:

(1) this Order;

(2) the Court's July 16, 2026 "Order to Pay Filing Fee or File IFP Application" (ECF No. 3);

(3) a blank copy of AO Form 239 ("Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)");[6] and

(4) instructions on how *pro se* petitioners may pay the applicable filing fee[7]

to the following address:

Juan Miguel Torres Echemendia
Northwest ICE Processing Center
1623 E. J Street
Suite 2
Tacoma, WA 98421

The Court **EXTENDS** Petitioner's deadline to comply with the "Order to Pay Filing Fee or File IFP Application" (ECF No. 3) to **September 3, 2026**.

The Court **WILL CONSIDER DISMISSING** this case if Petitioner fails to comply with that Order by the extended deadline.

**So ORDERED and SIGNED this 12th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[6] That form is available at https://www.uscourts.gov/sites/default/files/ao239_1.pdf.

[7] Those instructions are available under the caption "5. Filing Fee" at https://www.txwd.uscourts.gov/filing-without-an-attorney/faqs-for-pro-se-filers/.